**Dismiss and Opinion Filed March 18, 2021**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00823-CV

## IN THE INTEREST OF R.M., R.M., AND R.M., CHILDREN

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54067-2018**

## MEMORANDUM OPINION
Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Osborne

Appellant's brief in this case is overdue. By order dated January 14, 2021, we granted appellant's request to extend time to file his brief and ordered it filed no later than February 16, 2021. By postcard dated February 23, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed a further extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200823F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF R.M., R.M., AND R.M., CHILDREN

No. 05-20-00823-CV

On Appeal from the 469th Judicial District Court, Collin County, Texas Trial Court Cause No. 469-54067-2018.
Opinion delivered by Justice Osborne. Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 18th day of March, 2021.